UNITED STATES DISTRICT COURT
for the
Southern District of Indiana
INDIANAPOLIS DIVISION

FILED
04/10/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Derek Anderson, Plaintiff )
v. )  03/24/2023
 ) 2:23-cv-184-MPB-MKK
Terre Haute Police Dept., )
John Plasse, et al., )
Huyck, DOVE, Cranford, )
Defendants )

The Plaintiff Motions to file complaint of civil Rights violations upon said Defendants in United STATES District Court, Southern District of INDIANA, INDIANAPOLIS Division.

On 02/05/2023 Approximately 3am Eastern time, The Plaintiff was tased in the face by Terre Haute POLICE DEPARTMENT. Plaintiff was transported for treatment for injury he sustained while being arrested to Union Hospital. Plaintiff substantiated facial fractures due to Injuries. Also on 02/05/2023 Approximately 7:30am Eastern Time, During booking Process in bathroom number one, Plaintiff was stripped naked while tased multiple times by VIGO COUNTY JAIL STAFF. Plaintiff have an active PREA against VIGO COUNTY JAIL STAFF. Plaintiff did not recieve any stitches or staples from the lacerations HE recieved at VIGO COUNTY JAIL. Plaintiff had cat scan at UAP and found out he had Fractures in his face over a month and a half after the incident occured. Plaintiff have yet to recieve inhaler from VCJ medical staff also refused my NO SOY, NO BEAN Diet.

Said Defendants committed the following Acts violating the Plaintiffs Civil Rights under the umbrella of UNITED STATES code: title 42 chapter 21, sub chapter 1, Section 1983 (Under color of LAW) 8th and 14th Amendments of Constitutional Protections of law 1981, 1985 and 1986 of said title 42 sections. The Said Defendants also committed the Acts of Gross Negligence, Mis Prision of Felony, Deliberate Indifference, Invidious Discrimination and Dereliction of Duty.

For damages of the Plaintiffs mental Anguish of being tased in the face suffered severe faciel fractures that caused Plaintiffs Injuries, with the Deliberate Indifferent care of VIGO County JAIL STAFF and THPD. The Plaintiff request the following compensation for needless physical injure, emotional and mental troma $100,000.00 to be paid to Plaintiff $1,000.00 Per week for 100 weeks and the said compensation is immune from "ANY" and All Bankrupt Actions. Each Defendant is responsible the Redress of Said Damages Amount, and have weekly Amount deposited into Plaintiffs Account No later than 12am of Each Friday of each week, With a 10% charge of late fee compounded daily of the total amount to be paid $100,000.00.

Derek Anderson