UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DEREK ANDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00184-MPB-MKK |
| | ) |
| TERRE HAUTE POLICE DEPT., et al., | ) |
| | ) |
| Defendants. | ) |

# FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is dismissed without prejudice.

Date: August 17, 2023

_Matthew P. Brookman_
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: ___Tricia M. Blanford___
      Deputy Clerk, U.S. District Court

Distribution:

DEREK ANDERSON
600 W. Honey Creek Drive
Terre Haute, IN 47802